In re 21ST CENTURY SATELLITE COMMUNICATIONS, INC., Debtor.

■

In re Curtis Walter Robert HARRELL, a/k/a C.W.R. Harrell, Curtis Robert Harrell, Matthew Walter Harrell, and Harrell Plantation, L.L.C.

No. 03–1070–3F1.

United States Bankruptcy Court, M.D. Florida, Jacksonville Division.

Feb. 16, 2005.

Alan M. Weiss, Jacksonville, FL, for Regions Bank.

James H. Post, Jacksonville, FL, for Debtors.

*ORDER GRANTING DEBTORS' MOTION FOR ORDER AUTHORIZING DISTRIBUTION OF REMAINING SALES PROCEEDS PURSUANT TO SECOND AMENDED JOINT PLAN OF REORGANIZATION*

JERRY A. FUNK, Bankruptcy Judge.

This case came before the Court upon Debtors' Motion for Order Authorizing Distribution of Remaining Sales Proceeds Pursuant to Second Amended Joint Plan of Reorganization. Upon Findings of Fact and Conclusions of Law separately entered, it is

ORDERED:

Debtors' Motion for Order Authorizing Distribution of Remaining Sales Proceeds